UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OSCAR FRANCISCO DORANTES REYES,
*individually and on behalf of others similarly situated,*

                Plaintiffs,

-against-

LINCOLN DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY), 2159 DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY), SADEK SALEM and MEHARI EQUBESLASIE

                *Defendants.*

------------------------------------------------------------X

17-cv-2732 (KBF)

CONSENT JUDGMENT

ECF Case

Pursuant to the parties agreement the the Court hereby renders Judgment as follows:

Judgment is entered in favor of Plaintiff OSCAR FRANCISCO DORANTES REYES against Defendants LINCOLN DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY) and SADEK SALEM, jointly and severally, in the amount of $86,000.00, inclusive of attorneys' fees and costs.

We stipulate to and request entry of this consent judgment.

LINCOLN DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY)

By: *Sadek Salem*

SADEK SALEM

By: *Sadek Salem*

OSCAR FRANCISCO DORANTES REYES

By: _____

JOSEPH BERNARDINI
Notary Public, State of New York
No 60-4603009
Qualified in Westchester County
Certificate Filed in Bronx County

## CORPORATE ACKNOWLEDGMENT
## OF LINCOLN DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY)

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF __Bronx__  )

On the 17th day of __March__ 2018, before me personally came SADEK SALEM, as the Chief Executive Officer of LINCOLN DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY), to me known who, being by me duly sworn, did depose that he is the Chief Executive Officer of LINCOLN DELI GROCERY CORP (d/b/a LINCOLN DELI-GROCERY), and that he is the individual described in and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

_____
Notary Public

## PERSONAL ACKNOWLEDGMENT OF SADEK SALEM

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF __Bronx__  )

On the 17th day of __March__ 2018, before me personally came SADEK SALEM, to me known who, being by me duly sworn, did depose and say that she is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that she executed the same.

_____
Notary Public

**IT IS SO ORDERED** this 28th day of __March__ 2018

_____
U.S.D.J.

JOSEPH BERNARDINI
Notary Public, State of New York
No. 60-4603009
Qualified in Westchester County
Certificate filed in Bronx County